IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GARY E. BOWLING,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.           NO. 09-CV-0415-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 30, 2011, the Court **AFFIRMS** the final decision of the Commissioner of Social Security and judgment is entered in favor of defendant, **COMMISSIONER OF SOCIAL SECURITY,** and against the plaintiff, **GARY E. BOWLING**-------------------------------------------------------------------------------------------------------

                        **NANCY J. ROSENSTENGEL,
                        CLERK OF COURT**

                        **BY:**    *s/Sandy Pannier*
                                 **Deputy Clerk**

Dated: March 30, 2011

Digitally signed by David R. Herndon
Date: 2011.03.30 16:41:26 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT